United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE NORGROVE,

Plaintiff,

v.

ODP BUSINESS SOURCING, LLC (FORMERLY VEYER, LLC),

Defendant.

Case No. 26-cv-08725-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to 23-cv-03279 EMC.

**IT IS SO ORDERED.**

Dated: August 22, 2026

JOSEPH C. SPERO
United States Magistrate Judge